[Decided August 11, 1896.]

## MUNROE *v.* MUNROE.

APPEAL from Washington County.

Suit by Jackson Munroe against Edith Munroe and others to énforce some alleged claims against certain real estate. There was a decree for plaintiff and defendants appeal.

*Mr. Thomas H. Tongue,* for appellants.

*Messrs. Samuel B. Huston* and *Zera Snow,* for respondent.

The parties having settled their differences and stipulated for a dismissal, it was so ordered. No opinion.

DISMISSED.

[Decided December 29, 1897.]

## OREGON LAND COMPANY *v.* COFFEE.

Suit by the Oregon Land Company against H. T. Coffee, W. H. Stubbings, and others, to foreclose a mortgage. Stubbings and Marion County appeal from a decree for plaintiff.

*Messrs. Robert G. Morrow* and *Edward B. Watson,* for Stubbings.

*Mr. George G. Bingham,* for Marion County.

*Messrs. Bonham & Holmes,* for Oregon Land Company.